The Society of Maritime Arbitrators, Inc.

# U.S. OPEN FORM SALVAGE AGREEMENT

Codename -- MARSALV©

This SALVAGE AGREEMENT ("Agreement"), between _LOGAN MOLINEAUX MOLINEUX_, Master and/or Owner, Agent and/or Underwriter of the Vessel _SKYE'S THE LIMIT 33(ONCH_ ("Vessel") and _SEA TOW FT. LAUDERDALE_, ("Salvor," mutually "Parties,") is for salvage services rendered or to be rendered to the vessel, her cargo and any other property currently lying at or near _HILLSBORO INLET_, under the following terms and conditions:

**FIRST:** The Salvor shall use its best endeavors, to avoid or minimize damage to the environment, to salve the Vessel, her cargo and other property and deliver same safely afloat, at or near _2356 NE 25ST_ at which place and time the Salvor's services will terminate unless otherwise mutually agreed. _LIGHTHOUSE PT_ _FL 33064_

**SECOND:** The Master and crew of the Vessel agree to lend their aid and assistance to the Salvor, who shall be entitled, free of expense, to the reasonable use of the Vessel's equipment, and any property onboard.

**THIRD:** The Salvor's services are to be performed on the following basis:   (check and initial)

_CAM_ X **No Cure - No Pay:** (Compensation to be conditioned upon successful salvage of the Vessel and/or her cargo and/or other property. In such a case, the Salvor's compensation shall be persuant to the International Convention on Salvage 1989, and any revisions in force at the time of signing this Agreement.)

____ **No Cure - No Pay, Fixed Fee:** $ _____

____ **Time and Materials** (per attached schedule)

____ **Other:** _____

**FOURTH:** The Salvor shall have a lien upon the Vessel, its cargo and/or other property for services rendered pursuant to Paragraph THIRD. Salvor's statement for services rendered shall be submitted as promptly as possible after completion or termination of such services. In lieu of arrest or attachment of the Vessel, the Salvor may demand reasonable security for such services from the Vessel and cargo interest at any time, unless otherwise provided for.

**FIFTH:** This Agreement shall be governed by and construed in accordance with the Federal Maritime Law of the United States. Any dispute arising out of this Agreement shall be referred to arbitration in the United States in acordance with the applicable Arbitration Rules of The Society of Maritime Arbitrators, Inc. Any award made hereunder may include interest, attorney's fees and costs, and shall be final and binding. For the purpose of enforcement, the Award may be entered for judgement in any court of competent jurisdiction.

Dated this _19_ day of _NOVEMBER_, 20_23_

For: **SALVOR**                                           For: **MASTER** and/or **OWNER** and/or **UNDERWRITER**

_[signature]_                                             _[signature]_

(Authorized Sign - **SALVOR**)                            (Authorized Sign - **MASTER, OWNER, AGENT** or **UNDERWRITER**)

_ASHLEY VAN VLECK_                                        _LOGAN MOLINEUX_

(Print - **NAME/TITLE**)                                  (Print - **NAME/TITLE**)

Rev. 2013

US Open Form Salvage Agreement - MARSALV (cont'd)

1. **Obligations:** *Parties agree that by entering into this Agreement they will each make their best efforts to cooperate in all ways necessary to salve the vessel, cargo and property.*

2. **International Convention on Salvage 1989:** *In the event that the "No Cure - No Pay" option is selected, all sections of the International Salvage Convention 1989 are applicable.*

3. **Preliminary Efforts:** *It is understood that by entering into this Agreement the Parties incorporate all services rendered in advance of execution on this Agreement.*

4. **Termination:** *If this Agreement is entered into on a "No Cure - No Pay" basis, and if after all reasonable efforts a successful salvage is not possible, the Salvor may, with prior reasonable written notice, terminate this agreement, without further obligation beyond the terms agreed.*

5. **Arbitration Rules:** *All disputes arising out of this Agreement are subject to the applicable rules of the Society of Maritime Arbitrators, Inc., with the understanding that claims in excess of $100,000 USD shall, unless agreed to the contrary in writing by the Parties, be subject to the main Maritime Arbitration Rules of the Society of Maritime Arbitrators, Inc. All disputes of $100,000 USD or less will be subject to the Society of Maritime Arbitrators Salvage Arbitration Rules, unless the Parties specifically agree in writing otherwise.*

6. **Awards:** *All awards will be in writing and published, unless agreed to the contrary between the Parties.*

7. **Property Salved:** *"Vessel, her cargo and other property" as referenced at Paragraph FIRST includes, but is not limited to the Vessel, freight, bunkers, cargo, stores, and any other property on board or due at the time of complete execution of the "Agreement".*

Rev. 2013